TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00747-CV

Simplified Telesys, Inc., Appellant

v.

Live Oak Telecom, L.L.C.; David Womack; Dan Hardy;

Khan Ryder Lewis; and Dale Dornfeld, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT

NO. 98-13809, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING 

PER CURIAM

 Appellant has filed a motion to dismiss this appeal. Ten days have passed without
any objection that this dismissal will prevent any other party from seeking relief. We grant the
motion and dismiss this appeal. See Tex. R. App. P. 42.1(a)(2).

Before Justices Jones, Kidd and Patterson

Dismissed on Appellant's Motion

Filed: December 9, 1999

Do Not Publish